IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ENTERED ON DOCKET
1/15/04

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| JOHN A. ROGERS | ) NO. 03-82865 |
| MARLA A. ROGERS | ) |
| | ) |
| Debtor | ) |
| | ) |
| | ) |
| MORTGAGE ELECTRONIC | ) |
| REGISTRATION SYSTEM, BY LITTON | ) |
| LOAN SERVICING, L.P., ITS | ) |
| SERVICING AGENT, | ) CHAPTER 7 |
| | ) |
| Movant | ) |
| | ) |
| vs. | ) JUDGE: JAMES E. MASSEY |
| | ) |
| JOHN A. ROGERS | ) |
| MARLA A. ROGERS | ) |
| MARTHA A. MILLER, Trustee | ) |
| | ) |
| Respondents | ) |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

The above styled Motion having been called before the Court for a hearing on  January 13, 2004 , upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing that there was no opposition to the Motion and that the parties were properly served;

IT IS HEREBY ORDERED AND ADJUDGED that the 11 U.S.C. §362(a) automatic stay is lifted as to Movant herein, its successors and assigns, regarding the real property commonly known as 4435 Barony Drive, Suwanee, GA.

FURTHER ORDERED that Movant, its successors and assigns, may proceed to assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, reasonable fees and to assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon the completion of any foreclosure sale, any funds in excess of the payoff due to Movant under its Note and Security Deed shall be paid to the Trustee for the benefit of the Estate.

SO ORDERED this ___ day of _____, 2004.

JAMES E. MASSEY
UNITED STATES BANKRUPTCY JUDGE

PREPARED AND PRESENTED BY:

Lara A. Armstrong, Bar No. 112002
Attorney for Movant
McCalla, Raymer, Padrick, Cobb, Nichols & Clark
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-2148
(800) 275-7171

DISTRIBUTION LIST

Bankruptcy Department
McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102

John A. Rogers
Marla A. Rogers
4435 Barony Drive
Suwanee, GA 30024

Brant Jackson, Esquire
Scheer, Jackson, Cohen and Schoenberg, L.L.C.
3405 Piedmont Road, N.E.
Suite 275
Atlanta, GA 30305

Martha A. Miller, Trustee
229 Peachtree Street, N.E.
Suite 2415
Atlanta, GA 30303